```
1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  DANIEL S. BROME, Bar No. 278915
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  dbrome@unioncounsel.net
6

7  Attorneys for Plaintiff
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DAT VIHN LUONG; DAT VIHN LUONG, individually and doing business as D L CONSTRUCTION; and D L CONSTRUCTION, <br><br> Defendants. | No. 3:12-cv-03888-JSW <br><br> **EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANGEMENT CONFERENCE; (~~PROPOSED~~) ORDER** |

**TO:  THE CLERK OF THE COURT AND DEFENDANTS DAT VIHN LUONG; DAT VIHN LUONG, individually and doing business as D L Construction; and D L CONSTRUCTION:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Management Conference, currently scheduled for February 1, 2013 at 1:30 p.m. be continued for ninety days to allow the Parties time to resolve this matter.

Plaintiffs filed the Complaint in this matter on July 25, 2012. Defendants were served with the Summons and Complaint on November 29, 2012, and Proofs of Service were filed with this Court on December 5, 2012. Although Defendants have not filed an Answer or other responsive pleading, they have contacted Plaintiffs and the Parties are attempting to settle this case. If they are unable to do so, Plaintiffs will request that the Clerk enter Defendants' default, and will then move the Court for default judgment. Therefore, Plaintiffs request that Case Management Conference be continued for ninety days in order to allow the Parties additional time to resolve the case through settlement.

The above stated facts are set forth in the accompanying Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: January 25, 2013

                                      WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation

                                      By: /s/ *Daniel S. Brome*
                                           DANIEL S. BROME
                                        Attorneys for Plaintiffs

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, ~~the Court orders a continuance of the Case Management Conference for 90 days, or as soon thereafter as a court date is available. In addition, the Court orders:~~ the case management conference is continued to June 7, 2013 at 1:30 p.m.

Dated: January 29, 2013                 */s/ Jeffrey S. White*
                                     HONORABLE JEFFREY S. WHITE
                                     United States District Judge

129990/672627701600

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (~~PROPOSED~~) ORDER
CASE NO. 3:12-CV-03888-JSW