IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiffs,                            No. C 12-03888 JSW

  v.

DAT VIHN LUONG, et al.,                **ORDER CONTINUING CASE MANGEMENT CONFERENCE**

    Defendants.
_____/

    Plaintiffs have advised the Court that they intend to move to enter default against Defendants and to move for default judgment. In light of this fact, the Court HEREBY CONTINUES the case management conference scheduled for June 10, 2013, to August 16, 2013 at 1:30 p.m. Plaintiff shall file a further case management statement by no later than August 9, 2013.

    If default is entered against Defendants and Plaintiffs file a motion for default judgment before August 9, 2013, the case management conference shall be vacated, and the motion shall be referred to a randomly assigned Magistrate Judge for the purposes of preparing a report and recommendation.

    Plaintiffs are HEREBY ORDERED to serve a copy of this Order on Defendants.

    **IT IS SO ORDERED.**

Dated: June 4, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE