UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES

       Plaintiff(s),                               No. C 12-03888 JSW

   v.

DAT VIHN LUONG                          **ORDER RE BANKRUPTCY STAY**

       Defendants.
_____/

    It appears from the Notice of Bankruptcy and Automatic Stay filed on July 26, 2013, that defendant Dat Vihn Luong has filed for bankruptcy pursuant to 11 U.S.C. Section 362. As there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefore, IT IS HEREBY ORDERED that the Clerk of the Court shall submit a JS-6 form to the Administrative Office. IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered. The parties shall notify the Court within **ten (10) days** of the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

    **IT IS SO ORDERED.**

Dated: July 29, 2013

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE