IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, et al., | |
|     Plaintiffs, | No. C 12-03888 JSW |
| v. | |
| DAT VIHN LUONG, et al., | **ORDER REQUIRING STATUS REPORT** |
|     Defendants. | |

Pursuant to the Notice of Bankruptcy and Automatic Stay, the Court administratively closed this case. The parties were directed to notify the Court within ten days of the lifting of the stay. On November 18, 2013, the Court received a copy of the discharge of the debtor, and Defendant in this action, Dat Vihn Luong. However, no party has informed the Court as to whether the stay has been lifted. In light of the default that was entered against Defendants on July 16, 2003, the Court HEREBY ORDERS Plaintiffs to file a status report by no later than April 10, 2014 to advise the Court as to the status of the bankruptcy proceedings.

**IT IS SO ORDERED.**

Dated: March 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE