BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
JOLENE E. KRAMER, Bar No. 259241
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  jkramer@unioncounsel.net

Attorneys for Plaintiffs
THE BOARD OF TRUSTEES, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAT VIHN LUONG; DAT VIHN LUONG, individually and doing business as DL CONSTRUCTION; and DL CONSTRUCTION,<br><br>　　　　　　　　Defendants. | No. 3:12-cv-03888-JSW<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL; [PROPOSED] ORDER**<br><br>Judge:　　Hon. Jeffrey S. White |

///

///

///

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

PLAINTIFFS' REQUEST FOR DISMISSAL; [PROPOSED] ORDER        CASE NO. 3:12-CV-03888-JSW

1  The parties having reached satisfactory mutual agreement as to all currently outstanding
2  issues, Plaintiffs hereby request that the Court dismiss the above-captioned action pursuant to
3  Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorney's
4  fees and costs.

5  Dated:  April 10, 2014                             WEINBERG, ROGER & ROSENFELD
                                                       A Professional Corporation
6

7                                                      */s/ Jolene E. Kramer*
                                              By:     JOLENE E. KRAMER
8                                                      Attorneys for Plaintiffs THE BOARD OF
                                                       TRUSTEES, et al.
9
                                                  [PROPOSED] ORDER
10
   It is so ordered.
11
   Dated: __April 11, 2014__                       _____
12                                                 JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE
13

14

15  132001/760628

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001